```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE F01-0022--CR (JWS)
                           "USA V MICHAEL BUZBY ET AL"
                              DEF 1.1 BUZBY, MICHAEL

       In public format, including terminated defendants, excluding terminated counsel
```

```
  Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable Joseph W. Miller, U.S. Magistrate Judge
           Filed: 08/22/01
          Closed: 01/15/02
No. of Defendants: 2
  MJ Case Number: F01-0022--MJ
             AKA:
 Location status: Released on Bond
      Trial date:
      Terminated: YES
Needs interpreter: NO
Counsel of record: Lori M. Bodwell
                   Law Office of Lori Bodwell
                   712 8th Avenue
                   Fairbanks, AK 99701
                   907-452-4254
                   FAX 907-451-7802
                   Serve: YES
                    Type: CJA
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephen Cooper
                   U.S. Attorney's Office
                   101 12th Avenue, Box 2
                   Fairbanks, AK 99701
                   907-456-0245
                   FAX 907-456-0577
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 BUZBY, MICHAEL

Document            Count      Citation and Description                          Disposition

  1 -    1 IND        1        21:841(a)(1) MANUFACTURIUNG CONTROLLED SUBSTANCE   Sentenced
                                (F)                                                (82-1)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F01-0022--CR (JWS)
            "USA V MICHAEL BUZBY ET AL"
                DEF 2.1 PERYEA, LIANN

In public format, including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge: The Honorable Joseph W. Miller, U.S. Magistrate Judge
              Filed: 08/22/01
             Closed: 01/15/02
 No. of Defendants: 2
    MJ Case Number: A01-0022--MJ
                AKA:
    Location status: Released on Bond
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Richard W. Wright
                     Attorney at Law
                     250 Cushman Street, Ste 500
                     Fairbanks, AK 99701
                     907-451-8605
                     FAX 907-451-8607
                     Serve: YES
                      Type: Retained
                      Role: Other


PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephen Cooper
                     U.S. Attorney's Office
                     101 12th Avenue, Box 2
                     Fairbanks, AK 99701
                     907-456-0245
                     FAX 907-456-0577
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 2.1 PERYEA, LIANN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:841(a)(1) MANUFACTURIUNG CONTROLLED SUBSTANCE (F) | Sentenced (83-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE F01-0022--CR (JWS)
                         "USA V MICHAEL BUZBY ET AL"

                      In public format, for all filing dates
```

```
  Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge: The Honorable Joseph W. Miller, U.S. Magistrate Judge
            Filed: 08/22/01
           Closed: 01/15/02
No. of Defendants: 2
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE -  1 | 08/22/01 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 7/19/01 in F01-0022MJ (JDR). |
| NOTE -  2 | 08/22/01 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 7/19/01 in F01-0022MJ (JDR). |
| 1 -  1 | 08/22/01 | [Re: DEF 1-2] PLF 1 Indictment. |
| NOTE -  3 | 08/23/01 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 2 -  1 | 08/23/01 | [Re: DEF 1-2] JDR Grand Jury Minutes re no bail set; in Fed custody; set for arr & notify USM. |
| 3 -  1 | 08/23/01 | [Re: DEF 1-2] Documents #2 through #18 transferred from: F01-0022MJ (JDR). |
| 4 -  1 | 08/23/01 | [Re: DEF 1] JDR Minute Order re Arr set for 8/24/01 at 11:00 a.m. cc: USA, L. Bodwell, USM, USPO |
| 5 -  1 | 08/23/01 | [Re: DEF 2] JDR Minute Order re Arr set for 8/24/01 at 10:30 a.m. cc: USA, FPD, USM, USPO |
| 6 -  1 | 08/23/01 | [Re: DEF 1] JDR Minute Order re arr set for 8/24/01 at 11:00 a.m. is RESET for 10:00 a.m. cc: USA, L. Bodwell, USM, USPO |
| 7 -  1 | 08/23/01 | [Re: DEF 2] JDR Minute Order re Arr set for 8/23/01 at 10:30 a.m. is RESET for 3:00 p.m. cc: USA, FPD, USM, USPO |
| 8 -  1 | 08/24/01 | [Re: DEF 1] JDR Court Minutes [ECR: Pam Wertz] re: arr on indictment held 8/24/01, def plead not guilty to ct 1 of indictment, court ordered def detained, court reserved September 28, 2001 at 9:00 a.m. for any necessary motion/evidentiary hrg.  cc:USA,USM,FPO, Lori Bodwell. |
| 9 -  1 | 08/24/01 | [Re: DEF 1] JDR Order regarding preparation for trial. cc:USA,L.Bodwell. |
| 9A-  1 | 08/24/01 | [Re: DEF 2] PLF 1 Report of discovery conference held 08/24/01. |
| 10 -  1 | 08/27/01 | [Re: DEF 2] JDR Court Minutes [ECR: Pam Wertz] re: arr held 08/24/01: NG plea entered, Proposed trial date of 10/09/01, Pretrial motions due 09/14/01, If needed, evidentiary hrg will be 09/28/01, bail conditions remain the same, USPO to supply information on bail conditions to the court by 08/30/01. cc: Cooper, Tatter, FPO, USMS |
| 11 -  1 | 08/27/01 | DEF 2 motion for disclosure of informant. |
| 12 -  1 | 08/28/01 | DEF 2 motion for return of property w/att aff. |
| 13 -  1 | 08/28/01 | DEF 2 Amended Certificate of Service re: DEF 2 motion for disclosure of informant. (11-1) |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET ENTRIES FOR CASE F01-0022--CR (JWS)
                       "USA V MICHAEL BUZBY ET AL"

                  In public format, for all filing dates

Document #    Filed      Docket text

  14 -    1   08/28/01   [Re: DEF 2] PLF 1 opposition (response) to DEF 2 motion for disclosure
                         of informant (11-1) that motion should be denied as moot.

NOTE -    4   08/29/01   [Re: DEF 1-2] Issued: Speedy Trial Notice to Judge Sedwick. cc: P.
                         Richter

  15 -    1   08/29/01   [Re: DEF 2] JDR Order regarding preparation for trial re PTM's due
                         9/14/01; cnsl to meet & confer by 8/31/01. cc: USA, FPD

  16 -    1   08/29/01   [Re: DEF 1-2] JWS Minute Order setting TBJ for 10/9/01 at 1:00 p.m. at
                         Fairbanks, AK and FPTC for 10/9/01 at 11:30 a.m. at Fairbanks, AK.. cc:
                         USA, L. Bodwell, S. Tatter, USM, USPO, MJ Roberts, JC, Divisional
                         Deputy, ECR

  17 -    1   08/29/01   [Re: DEF 2] JDR Minute Order re evident hrg on def's motion for return
                         of property (12-1) set for 9/28/01 at 1:00 p.m. cc: USA, FPD, USM, USPO,
                         Fairbanks Clerk

  18 -    1   08/30/01   [Re: DEF 1] PLF 1 Report re: Discovery conference held 08/24/01.

  19 -    1   08/30/01   [Re: DEF 2] JDR Minute Order modifying conditions of release to exclude
                         electric monitoring/home detention. cc: Cooper, Tatter, FOP, USM, Judge
                         Sedwick, Magistrate Judge Roberts

  20 -    1   08/31/01   DEF 1 Attorney Appearance by Lori Bodwell.

  20 -    2   08/31/01   DEF 1 motion (request) for discovery.

  21 -    1   09/05/01   [Re: DEF 2] JDR Minute Order terminating in light of this order: motion
                         for disclosure of informant (11-1). cc: USA, FPD

  22 -    1   09/05/01   [Re: DEF 2] PLF 1 opposition (response) to DEF 2 motion for return of
                         property w/att aff (12-1).

  23 -    1   09/05/01   [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion (request) for
                         discovery. (20-2).

  24 -    1   09/07/01   [Re: DEF 1] JDR Minute Order granting as diercted motion (request) for
                         discovery (20-2). cc: USA, L. Bodwell

  25 -    1   09/11/01   [Re: DEF 1] Amended JDR Court Minutes [ECR: Pam Wertz]  re: arr on
                         indicmtent held 8/24/01, def plead not guilty to ct 1 of the indictment,
                         def detained, ptm due 9/14/01 , court reserved 9/28/01 at 9:00 a.m. for
                         motion and/or evidentiary hearings.   cc:USA,USM,FPO,L.Bodwell.

  26 -    1   09/12/01   [Re: DEF 1-2] Transcript re: Preliminary/bail review hrg on 7/27/01.

  27 -    1   09/14/01   DEF 2 motion for disclosure of opinion evidence w/att memo.

  27 -    2   09/14/01   DEF 2 motion for a pre-trial daubert hrg w/att memo.

  28 -    1   09/14/01   DEF 2 motion to strike surplusage w/att memo.

  29 -    1   09/14/01   DEF 2 motion to disclose bruton violations w/att memo.

  30 -    1   09/14/01   DEF 2 motion for disclosure & inspection.
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F01-0022--CR (JWS)
            "USA V MICHAEL BUZBY ET AL"

        In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 31 - | 1 | 09/14/01 | DEF 2 motion to dismiss indictment w/att memo & exhibits. |
| 32 - | 1 | 09/14/01 | {SEALED} |
| 32 - | 2 | 09/14/01 | {SEALED} |
| 33 - | 1 | 09/18/01 | [Re: DEF 2] JDR Minute Order re govt to file dscvy conf cert & show cause why original deadline was not complied with due 9/25/01. cc: USA, FPD |
| 34 - | 1 | 09/18/01 | DEF 1 motion for release on bail. |
| 34 - | 2 | 09/18/01 | DEF 1 motion for bail hearing on shortened time. |
| 35 - | 1 | 09/18/01 | DEF 1 motion to allow late filed joinders w/lodged proposed joinders in mot for disclosure and inspection,mot to strike surplusage,mot for disclosure of opinion evidence and for a pretrial Daubert hrg, and mot to suppress or for an evidentiary hrg. |
| 36 - | 1 | 09/19/01 | [Re: DEF 1] JDR Minute Order granting motion for bail hearing on shortened time (34-2); Bail Review Hrg set for 9/21/01 at 11:30 a.m. cc: USA, L. Bodwell, USM, USPO |
| 37 - | 1 | 09/20/01 | JWS Minute Order withdrawing referral of #27-2 to MJ; crt will rule at FPTC & if Daubert hearing is required it will be held immediately after FPTC & jury selection. cc: USA, FPD, MJ Roberts |
| 38 - | 1 | 09/21/01 | DEF 1 joinder to DEF 2 motion for disclosure & inspection. (30-1) |
| 39 - | 1 | 09/21/01 | DEF 1 joinder to DEF 2 motion to strike surplusage w/att memo. (28-1) |
| 40 - | 1 | 09/21/01 | DEF 1 joinder to DEF 2 motion for disclosure of opinion evidence w/att memo. (27-1), DEF 2 motion for a pre-trial daubert hrg w/att memo. (27-2) |
| 41 - | 1 | 09/21/01 | DEF 1 joinder to DEF 2 motion to suppress w/att memo & exhibits. (32-1), DEF 2 motion for an evidentiary hearing on motion to suppress w/att memo & exhibits. (32-2) |
| 42 - | 1 | 09/21/01 | [Re: DEF 1] JDR Court Minutes [ECR: Pam Wertz] granting motion to allow late filed joinders (35-1) and bail review hrg held 9/21/01,court approved third party custodians, def released to third party custodians, sight and sound, order setting conditions of release, appearance bond signed in court, release order signed in court, court continued evidentiary hrg until 9/28/01 time set uncertain. cc:USA,USM,FPO,L.Bodwell. |
| 43 - | 1 | 09/21/01 | [Re: DEF 1] Order setting conditions of release. cc:USA,USM,FPO,L.Bodwell. |
| 44 - | 1 | 09/21/01 | DEF 1 Appearance bond. cc:USA,FPO,USM,L.Bodwell. |
| 45 - | 1 | 09/21/01 | [Re: DEF 1] JDR Order of Release. cc:USA,USM,FPO,L.Bodwell. |
| 46 - | 1 | 09/24/01 | [Re: DEF 2] PLF 1 Second Report of conference. |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET ENTRIES FOR CASE F01-0022--CR (JWS)
                        "USA V MICHAEL BUZBY ET AL"

                   In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 47 - | 1 | 09/24/01 | [Re: DEF 1-2] PLF 1 Unopposed motion to extend time to respond to motions until 9/24/01 and 9/25/01 respectively. |
| 48 - | 1 | 09/26/01 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to dismiss indictment w/att memo & exhibits. (31-1) |
| 49 - | 1 | 09/26/01 | [Re: DEF 1-2] PLF 1 opposition to DEF 2 motion to suppress w/att memo & exhibits. (32-1), DEF 2 motion for an evidentiary hearing on motion to suppress w/att memo & exhibits. (32-2) |
| 50 - | 1 | 09/26/01 | [Re: DEF 1-2] PLF 1 opposition to DEF 2 motion to strike surplusage w/att memo. (28-1) |
| 51 - | 1 | 09/26/01 | [Re: DEF 1-2] PLF 1 opposition to DEF 2 motion for disclosure & inspection. (30-1) |
| 52 - | 1 | 09/26/01 | [Re: DEF 1-2] PLF 1 opposition to DEF 2 motion to disclose bruton violations w/att memo. (29-1) |
| 53 - | 1 | 09/26/01 | [Re: DEF 1-2] PLF 1 opposition to DEF 2 motion for disclosure of opinion evidence w/att memo. (27-1), DEF 2 motion for a pre-trial daubert hrg w/att memo. (27-2) |
| 54 - | 1 | 09/27/01 | [Re: DEF 1] JDR Minute Order re evidentiary hrg prev set for 9/28/01 is VACATED. cc: USA, L. Bodwell, USM, USPO |
| 55 - | 1 | 09/27/01 | Initial R&R re: DEF 2 motion to dismiss indictment (31-1). Recommended be denied. Objections due 10/05/01. Reply due 10/12/01. cc: USA, FPD, Judge Sedwick |
| 56 - | 1 | 09/27/01 | Initial R&R re: DEF 2 motion for an evidentiary hearing on motion to suppress (32-2). Recommended be denied. Objections due 10/09/01. Reply due 10/16/01. cc: USA, FPD, Judge Sedwick |
| 56 - | 2 | 09/27/01 | Initial R&R re: DEF 2 motion to suppress (32-1). Recommended be denied w/an evidentiary hearing. Objections due 10/09/01. Reply due 10/16/01. cc: USA, FPD, Judge Sedwick |
| 57 - | 1 | 09/27/01 | DEF 2 motion to withdraw evidentiary hrg set for 9/28/01 w/att aff. |
| 57 - | 2 | 09/27/01 | DEF 2 motion for consideration on shortened time re 57-1. |
| 58 - | 1 | 09/27/01 | [Re: DEF 2] JDR Order granting motion to withdraw evidentiary hrg set for 9/28/01 (57-1), motion for consideration on shortened time re 57-1 (57-2). cc: cnsl |
| 59 - | 1 | 10/02/01 | DEF 2 Notice of Intent to change plea. |
| 60 - | 1 | 10/02/01 | Initial R&R re: DEF 2 motion to strike surplusage (28-1). Recommended be denied; Objections due NOON 10/04/01. Reply due NOON 10/05/01. cc: USA, L. Bodwell, FPD, Judge Sedwick |
| 61 - | 1 | 10/02/01 | [Re: DEF 1-2] JDR Order granting motion for disclosure of opinion evidence (27-1). cc; USA, L. Bodwell, FPD |
| 62 - | 1 | 10/02/01 | [Re: DEF 2] JDR Order denying motion for return of property (12-1). cc: USA, FPD |

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE F01-0022--CR (JWS)
                                "USA V MICHAEL BUZBY ET AL"

                            In public format, for all filing dates

Document #   Filed      Docket text

    63 -  1  10/02/01   [Re: DEF 1-2] JDR Order granting motion for disclosure & inspection
                        (30-1). cc: USA, L. Bodwell, FPD

    64 -  1  10/03/01   [Re: DEF 2] JDR Order granting/denying motion to disclose bruton
                        violations (29-1). cc: USA, FPD

    65 -  1  10/03/01   PLF 1; DEF 1 Plea Agreement.

    66 -  1  10/03/01   DEF 2 Plea Agreement.

    67 -  1  10/03/01   [Re: DEF 1-2] JWS Minute Order vacating FPTC & TBJ of 10/9/01; setting
                        PCOP re D1 for 10/9/01 at 8:30, & D2 for 10/9/01 at 9:00, in Fairbanks.
                        cc: USA, USM, PO, FPD, L. Bodwell, MJ Roberts, JC

    68 -  1  10/04/01   [Re: DEF 1] JWS Minute Order re PCOP hrg set for 10/9/01 is RESET for
                        8:00 a.m. cc: USA, L. Bodwell, USM, USPO

    69 -  1  10/05/01   [Re: DEF 2] PLF 1 motion to appear telephonically at change of plea
                        hearing on 10/9/01.

    69 -  2  10/05/01   [Re: DEF 2] PLF 1 motion on shortened time re: motion to appear
                        telephonically at hearing.

    70 -  1  10/05/01   [Re: DEF 1] PLF 1 motion to appear telphonically at change of plea
                        hearing on 10/9/01.

    70 -  2  10/05/01   [Re: DEF 1] PLF 1 motion on shortened time re: motion to appear
                        telephonically at change of plea hearing.

    71 -  1  10/05/01   [Re: DEF 1] JWS Order granting motion to appear telphonically at change
                        of plea hearing (70-1), motion on shortened time re: motion to appear
                        telephonically at change of (70-2) re def Buzby. cc: USA, L. Bodwell

    72 -  1  10/05/01   [Re: DEF 2] JWS Order granting motion to appear telephonically at change
                        of plea hearing (69-1), motion on shortened time re: motion to appear
                        telephonically at hearing (69-2). cc: USA, FPD

    73 -  1  10/10/01   [Re: DEF 1] JWS Court Minutes [ECR: Pam Wertz] re: PCOP held 10/9/01,
                        def plead guilty to ct 1 of the indictment, court accepted plea court
                        granted plf's mot to strike the words "in excess of 100" from
                        indictment, court vacated fptc and trial, IOS set for 1/7/02 at 9:00
                        a.m.   cc:USA,USM,FPO, L.Bodwell.

    74 -  1  10/10/01   [Re: DEF 2] JWS Court Minutes [ECR: Pam Wertz] re: PCOP held 10/09/01,
                        def plead guilty to ct 1 of the indictment, crt accepted plea, IOS set
                        for 1/7/02 at 9:30 a.m., fptc and trial vacated, court reserved
                        acceptance of plea agreement,  crt granted request that def be released
                        from third party custodian, crt denied defense counsel request that no
                        contact order be lifted.   cc:USA,USM,FPO,FPD.

    75 -  1  10/15/01   [Re: DEF 1-2] JWS Minute Order terminating in light of taking of pleas:
                        mot for a pre-trial daubert hrg (27-2), mot to strike surplusage (28-1),
                        mot to dismiss Indt (31-1), mot to suppress (32-1), mot for evid hrg on
                        mot to suppress (32-2), unoppo mot to extend time to respond to mots
                        (47-1). cc: USA, L. Bodwell, S. Tatter, MJ Roberts

    76 -  1  12/28/01   [Re: DEF 1] PLF 1 Sentencing Memorandum.

ACMS: R_RDSDI                     As of 02/09/06 at 6:28 PM by PAM                    Page 5
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F01-0022--CR (JWS)
                             "USA V MICHAEL BUZBY ET AL"

                     In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 77 - 1 | 12/28/01 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 78 - 1 | 01/04/02 | DEF 2 Sentencing Memorandum. |
| 79 - 1 | 01/07/02 | DEF 1 Sentencing Memorandum. |
| 80 - 1 | 01/09/02 | [Re: DEF 2] JWS Court Minutes [ECR: Pam Wertz] re: IOS held 1/7/02, def placed on probation for 3 years w/special conditions, SA $25.00. cc:USA,USM,FPO,FPD. |
| 81 - 1 | 01/09/02 | [Re: DEF 1] JWS Court Minutes [ECR: Pam Wertz] re: IOS held 1/9/02, def imprisonment for 37 months, supervised release for 3 years, SA $100, Fine $1,000.00, crt recommended placement at Sheridan, and participation in the 500 hour program, crt waived interest on fine. cc:USA,USM,FPO,L.Bodwell. |
| 82 - 1 | 01/11/02 | [Re: DEF 1] JWS Judgment pleaded guilty to count(s) 1 of the Indictment (1-1), sent 37 months, s/r 3 years, s/a $100, fined $1000. cc: USA, USM, PO, L. Bodwell, def (by L. Bodwell), MJ Roberts, FLU |
| 83 - 1 | 01/15/02 | [Re: DEF 2] JWS Judgment pleaded guilty to ct 1 of the Indt (1-1); def sentenced to 36 mos prob; $25.00 SA. cc: USA, FPD, Def w/cnsls cy, USM, Probation, MJ Roberts, FLU |
| 84 - 1 | 02/06/02 | [Re: DEF 1] Partial Transcript re: IOS held 1/7/02. |
| 85 - 1 | 02/06/02 | [Re: DEF 2] Partial Transcript re: IOS held 1/7/02. |
| 86 - 1 | 03/05/02 | {SEALED} |
| 86 - 2 | 03/07/02 | {SEALED} |
| 87 - 1 | 04/08/02 | USM Return of judgment executed on 3/27/02 to FCI Sheridan, OR. |
| 88 - 1 | 04/08/02 | [Re: DEF 1] PLF 1 Application re: Writ of Execution of PFD. |
| NOTE - 5 | 04/10/02 | Issued: writ of execution on PFD. |
| 89 - 1 | 10/16/02 | [Re: DEF 2] JWS Order and petition for probation modification: Modifiying as follows: Def shall undergo a mental health evaluation and (if recommended by the metal health provider) participate in mental health treatment and testing. Waiver attached. cc: Cooper, Tatter, FPO, USM, Judge Roberts |
| 90 - 1 | 01/27/03 | [Re: DEF 2] JWS Order for Modification of Conditions or Term of Probation with Consent of the Offender.  cc: counsel |
| 91 - 1 | 04/01/03 | USM Return of svc on writ of garnishment re: DEF 1 on 4/18/02 no funds. |
| 92 - 1 | 02/17/04 | [Re: DEF 2] JWS Order and petition for probation violation; summons to be issued and petition is referred to USMJ for initial appearance. cc: Cooper, FPD, USM, FPO, MJ Miller |
| NOTE - 6 | 02/26/04 | Issued: Summons re: Def 2 i/a on 3/25/04. |
| 93 - 1 | 02/26/04 | [Re: DEF 1-2] Clerk's Notice that at direction of Chief Judge Singleton effective 6/24/04 MJ referral in case is reassigned to MJ Miller. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE F01-0022--CR (JWS)
                                 "USA V MICHAEL BUZBY ET AL"

                           In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 94 - | 1 | 02/26/04 | [Re: DEF 2] JWM Minute Order that I/A on pet to revoke is set 10:00 a.m., 3/25/04.  cc: USA, PO, USM, Def (by USM) |
| NOTE - | 7 | 03/02/04 | Issued: Summons re: def 2 i/a on 3/26/04. |
| 95 - | 1 | 03/02/04 | [Re: DEF 2] JWM Minute Order that in order to accommodate the crt's calendar the 3/25/04 I/A on pet is VACATED AND RESET to 10:30 a.m., 3/26/04.  cc: USA, USM, PO, Def (by USM) |
| 96 - | 1 | 03/03/04 | USM Return of summons re: DEF 2 unexecuted. New summons issued per court. |
| 97 - | 1 | 03/08/04 | Return of Summons executed on Lianna Peryea on 3-5-04. |
| 98 - | 1 | 03/16/04 | [Re: DEF 2] JWS Order and suppl pet for prob revoc; pet referred to MJ Miller for I/A only. cc: USA, Def w/USM cy, USPO, MJ Miller |
| 99 - | 1 | 03/19/04 | DEF 2 Attorney Appearance of R. Wright. |
| 100 - | 1 | 03/26/04 | [Re: DEF 2] Order setting conditions of release. cc: USA; USMS; USPO; R. Wright; Judge Sedwick; Magistrate Judge Miller. |
| 101 - | 1 | 03/26/04 | DEF 2 Performance bond (unsecured) ($500.00).  cc:  Cooper, Wright, FPO, USM, Judge Sedwick |
| 102 - | 1 | 03/31/04 | [Re: DEF 2] JWM Court Minutes [ECR: Denise Petty] from Initial Appearance on Petition to revoke probation held 03/26/04: Def advised of charges, Order setting conditions of release issued, def released on $500.00 unsecured bond, further proceedings before Judge Sedwick. cc: Cooper, Wright, USMS, FPO, Judge Sedwick |
| 103 - | 1 | 04/19/04 | [Re: DEF 2] RRB Minute Order setting hrg on petition to revok for 04/21/04 at 4:15 p.m. in Fairbanks. cc: Cooper, Wright, FPO, USM, MJ Miller |
| 104 - | 1 | 04/20/04 | [Re: DEF 2] JWS Minute Order rescheduling hearing on petition to revoke conditions of release from 4:15 pm 4/21/04 to 3:00 p.m. on 4/21/04 in Fairbanks, Alaska.  cc: USA; USM; USPO; R. Wright; Judge Sedwick; Magistrate Judge Miller. |
| 105 - | 1 | 04/22/04 | [Re: DEF 2] RRB Court Minutes [ECR: Carolyn Bollman]. Hearing on Petition to Revoke Probation held 4/21/04. Court and counsel heard re: status of petition. USPO directed to immediately take defendant into custody if additional positive test occurs. Evidentiary hearing scheduled for 5/10/04 at 11:00 am in Fairbanks. Court heard re co-defendant Michael Buzby and conditions of probation. Court directed defense counsel to contact USPO to obtain copies of the test results. cc: USA; USPO; USMS; R. Wright; L. Bodwell; Judge Beistline; Magistrate Judge Miller. |
| 106 - | 1 | 04/28/04 | [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 8 | 05/04/04 | Issued: writ of execution re: DEF 1 on PFD. |
| 107 - | 1 | 05/05/04 | DEF 2 motion to continue evidentiary hearing on shortened time to a time after 05/12/04. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F01-0022--CR (JWS)
         "USA V MICHAEL BUZBY ET AL"

         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 108 - 1 | 05/05/04 | [Re: DEF 2] RRB Order granting motion to continue evidentiary hearing on shortened time (107-1). Evidentiary hearing set for 5/10/04 is vacated and reset for 6/1/04 at 9:30 a.m.  cc: AUSA, R. Wright, USM, USPO, Judge Sedwick |
| 109 - 1 | 06/01/04 | [Re: DEF 2] RRB Court Minutes [ECR: Carolyn Bollman] from Disposition hrg on petitions to revoke probation: Def admitted all allegations. 90 days imprisonment, 1 yr supervised release. Court ordered def to be datained in Fairbanks until designation by BOP, with strong recommendation that she be designated within the State of Alaska, Fairbanks if possible. cc: Cooper, Wright, FPO, USM, Judge Sedwick |
| 110 - 1 | 06/16/04 | [Re: DEF 2] RRB Judgment for revocation of probation: Probation revoked, def sentenced to 90 days, with an additional 1 year of supervised release on release from imprisonment. cc: Cooper, Wright, FPO, USM, Judge Sedwick |
| 111 - 1 | 01/14/05 | USM Return of svc on writ of execution re:DEF 1 on FPD no funds. |
| 112 - 1 | 09/01/05 | [Re: DEF 2] RRB Order and report re: Terminating supervised release. cc: Cooper, Wright, FPO, USM, Judge Sedwick |
| 113 - 1 | 11/09/05 | [Re: DEF 1] JWS Order and petition for modification of conditions/terms of supervised release with consent of the offender. 2 cert. cc's: USPO |