# United States District Court
## for the
## District of Alaska

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael B. Buzby                     Case Number: 4:01CR00022-001

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:   January 7, 2002

Original Offense:   Manufacturing a Controlled Substance in violation of 21 U.S.C. § 841(a)(1)

Original Sentence:   37 months imprisonment, three years supervised release

Date Supervision Commenced: July 22, 2004

## PETITIONING THE COURT

[X]   To modify the conditions of supervised release as follows:

Reside at a community corrections center, North Star Center, for a period of up to 60 days or at the discretion of the U.S. Probation Officer. The defendant may be released for employment purposes and mental health treatment.

## CAUSE

On July 22, 2004, the defendant was released from the custody of the Federal Bureau of Prisons and began serving his three years of supervised release. On July 23, 2004, conditions of supervised release were read and explained to the defendant by this officer. The defendant was placed on random urinalysis monitoring, submitting urine specimens at a rate of four times per month.

On May 4, 2005, the defendant submitted a urinalysis which tested positive for the presence of amphetamine. The defendant admitted usage of amphetamine to this officer and the defendant was instructed to submit random urinalysis at an increased rate. The defendant has not submitted any further urine specimens which have tested positive for the presence of amphetamine.

On March 10, April 7, August 16, September 6, and November 14, 2005, the defendant failed to report and submit a urinalysis as directed.

On October 12, 2005, the defendant was observed by Fairbanks International Airport Police Officer K. Carrington, to have crossed over the fog line in a vehicle bearing expired registration tags.

Request for Modification of Conditions
Michael B. Buzby
4:01CR00022-001

Subsequently, the defendant was arrested for Driving While License Suspended, and his vehicle was towed. On December 28, 2005, the defendant pled No Contest to the charge of Driving While License Suspended and was sentenced by the Honorable Jane F. Kauvar, to 240 days imprisonment with 120 day suspended and to begin serving the sentence imposed by February 2, 2006.

It is respectfully recommended that the above noted modification be granted so that the defendant obtains some stability in his life, continue his employment, but also recognize that while on supervised release there may be consequences when conditions of supervised release are not complied with.

Respectfully submitted,

*[signature]*

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: January 25, 2006

Approved by:

*[signature]*

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[X] The Modification of Conditions as Noted Above
[ ] File a Petition
[ ] Other: _____

**REDACTED SIGNATURE**

~~The Honorable Ralph R. Beistline~~
U.S. District Court Judge  John W. Sedwick
Date: 2-05-06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

U.S.A. v Michael B. Buzby                Docket No.4:01CR00022-001 (RRB)

I, Michael B. Buzby, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

Reside at a community corrections center, North Star Center, for a period of up to 60 days or at the discretion of the U.S. Probation Officer. The defendant may be released for employment purposes, and mental health treatment.

Signed: _____    Date: 12-5-05
        Michael B. Buzby
        Probationer or Supervised Releasee

Witness: _____   Date: 12.5.05
        Toni M. Ostanik
        U.S. Probation/Pretrial Services Officer