

**United States Department of Justice**
**United States Marshals Service**
**District of Alaska**

Federal Building and U.S. Courthouse
101-12th. Ave. #336
Fairbanks, Alaska 99701

To: U.S. District Court
U.S. Attorney
U.S. Probation
Federal Public Defender

From: Randy M. Johnson
United States Marshal
District of Alaska

Reference: **Prisoner in Federal Custody**

NAME: Michael B. BUZBY

DATE OF BIRTH: 11/27/1974

CHARGE: Violation of Supervised Release

CASE NUMBER: 4:01 CR00022-001 (JWS)

PLACE HELD: FCC Fairbanks

DATE OF ARREST: 04/18/2006

TIME OF ARREST: 5:15 pm

PLACE ARRESTED: North Pole, AK.

ARRESTED BY: U.S.M.S. SANDS

REMARKS: _____

BOOKED IN ENGLISH: YES _x_ No ____
Language: _____

**Please call Holland Sands or Don Bennett at (907)-456-0246 in regards to this notice of arrest. Thank you.**