AO 470 (8/85) Order of Temporary Detention

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

MICHAEL B. BUZBY
_Defendant_

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 4:01-CR-00022-TWH

Upon motion of the __defendant__, it is ORDERED that a detention hearing is set for __April 28, 2006__ at __10:00 am__
before __The Honorable John D. Roberts__
_Name of Judicial Officer_
__101 12th Ave., Rm. 324, Fairbanks__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
_Other Custodial Official_

__21 April 2006__
_Date_

_Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.