**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u>  BUZBY  </u>

DATE:   <u>  July 25, 2006  </u>   CASE NO.   <u>  4:01-CR-0022-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

___

A status/disposition hearing will be held in this matter on **Thursday, August 10, 2006, at 11:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

M.O. SCHEDULING HEARING