**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   MICHAEL BUZBY

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO. 4:01-cr-00022-JWS

Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: July 26, 2006

     By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable Ralph R. Beistline for all further proceedings.  Please use the following case number on all future filings: 4:01-cr-00022-RRB.

[]{IQ1.WPD*Rev.12/96}