UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  BUZBY  </u>

DATE:  <u>  August 7, 2006  </u>         CASE NO.   <u>  4:01-CR-0022-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
CHANGING TIME FOR HEARING**

---

The **time** for the status/disposition hearing on **Thursday, August 10, 2006**, is **changed** from 11:00 a.m. to **9:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

M.O. CHANGING TIME FOR HEARING