M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MICHAEL B. BUZBY,<br><br>           Defendant. | Case No. 4:01-CR-0022-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED FOR COUNSEL TO APPEAR TELEPHONICALLY FOR STATUS CONFERENCE** |

　　　　　Defendant, Michael B. Buzby, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for an order allowing undersigned counsel to appear telephonically for the status conference in the above-styled case scheduled for Thursday, August 10, 2006, at 9:00 a.m., in Fairbanks, Alaska.  Undersigned's office is located in Anchorage, Alaska.  The above hearing is the only business that counsel has in Fairbanks on August 10, 2006.  To conserve the financial resources of the Office of the Federal Public Defender, undersigned counsel requests that she be allowed to participate in the hearing by telephone.

This motion is unopposed by Assistant United States Attorney Stephen Cooper.

DATED this 8th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 8, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden