UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL B. BUZBY,<br><br>　　　　　Defendant. | Case No. 4:01-CR-0022-RRB<br><br>**PROPOSED<br>ORDER GRANTING TELEPHONIC<br>PARTICIPATION** |

　　　　After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

　　　　After due consideration of defendant's motion for counsel to appear telephonically at the status conference scheduled for Thursday, August 10, 2006, at 9:00 a.m., the court GRANTS the motion. Counsel my participate telephonically by calling (907) _____.

　　　　DATED August _____, 2006, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　　　　United States District Court Judge