M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MICHAEL B. BUZBY,<br><br>                    Defendant. | Case No. 4:01-CR-0022-RRB<br><br>**NOTICE OF INTENT TO ADMIT VIOLATIONS** |

　　　　Defendant, Michael B. Buzby, by and through counsel M. J. Haden, Staff Attorney, notifies the court of his intention to admit Violations 1,2,6, and 9 of the Petition to Revoke Supervised Release filed at Docket No. 115.  It is Mr. Buzby's understanding that the government will dismiss Violations 3,4,5, and 8 at the time of disposition.  Mr. Buzby respectfully requests that the court accept his admissions during the status conference currently scheduled for August 10, 2006, at 9:00 a.m., in Fairbanks, Alaska.

DATED this 8th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 8, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden