**UNITED STATES DISTRICT COURT**
**District of Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    vs.<br><br>MICHAEL B. BUZBY | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed <u>1/11/2002</u><br>Case Number: <u>4:01-cr-00022-RRB</u><br><u>M.J.Haden</u><br>     Defendant's Attorney |

Defendant's probation officer filed a petition on <u>  3/17/2006  </u> accusing defendant of <u>9</u> violations of the conditions of supervision provided in the original judgment. Defendant <u> ADMITTED Allegations 1,2,6 and 9.</u> <u>Allegations 3,4,5,7 and 8 are dismissed</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 (3/17/2006) | Special | Comply to drug testing | 3/9/2006 | C |
| 2 (3/17/2006) | Mandatory | Drive while license suspended | 12/28/2005 | C |
| 6 (3/17/2006) | Special | Mental Health Treatment | 3/9/2006 | C |
| 9 (3/17/2006) | Mandatory | Failed to Report to FCC | 2/2/2006 | C |

The court finds that the following accusations are not proved: <u>          </u>.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through <u>3    </u> of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.



8/15/2006

**REDACTED SIGNATURE**

Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

8/17/06
Date

AO245.REV

Defendant: MICHAEL BUZBY                     Amended Judgment--Page <u>2</u> of <u>3</u>
Case No.: <u>4:01-CR-00022-RRB</u>

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]   probation [_]   having been revoked,
the defendant is hereby committed to the custody of the United States
Bureau of Prisons to be imprisoned for a term of <u>6 months (credit for time</u>
<u>served)</u>.


[_]   The court makes the following recommendations to the Bureau of
      Prisons:



[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this
      district,
                        a.m.
            [_]  at _____ p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the
      institution designated by the Bureau of Prisons,
            [_]  before 2 p.m. on _____.
            [_]  as notified by the United States Marshal.
            [_]  as notified by the probation office.

### RETURN

      I have executed this judgment as follows:


_____

_____

_____

_____


      Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.


                              _____
                                    United States Marshal

                              By _____
                                       Deputy Marshal


AO245.REV

Defendant: MICHAEL BUZBY                    Amended Judgment--Page 3 of 3
Case No.: 4:01-cr-000220RRB

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is modified as follows:

1(one) year term of Supervised Release upon release with the mandatory and standard conditions as well as the following conditions imposed:

1. The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

2. The defendant shall participate in a program approved by the United States Probation officer for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs.

3. The defendant shall submit to a warrantless search of his person, residence, vehicle, office, place of employment and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation.

4. The defendant shall participate in and fully comply with a mental health treatment program approved by the United States Probation office.

5. The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer.

6. The defendant shall not possess a firearm, destructive device, or other weapon.

7. The defendant shall pay the outstanding balance of any court-ordered fine or restitution during the period of supervision in monthly installments of not less than 10% of the defendant's gross monthly income or $25, whichever amount is greater.

AO245.REV