# United States District Court
## for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> Michael B. Buzby ) | Case Number: 4:01-CR-00022 (RRB) <br><br> **WARRANT FOR ARREST** |

TO: The United States Marshal
     and any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest MICHAEL B. BUZBY and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with nine violations of his term of supervised release.

_[signature]_
Ralph R. Beistline
U.S. District Court Judge

December 20, 2006
Date

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

FAIRBANKS, AK

| Date Received: | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 1/18/2007 | Gilin_ | _[signature]_ |