PROB 12C
(7/93)

# United States District Court
## for the
# District of Alaska
### Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Michael B. Buzby                     Case Number: 4:01-CR-00022-RRB

| | |
|---|---|
| Original Sentencing Judicial Officer: | The Honorable John W. Sedwick, Chief U.S. District Court Judge |
| Revocation Sentencing Judicial Officer: | The Honorable Ralph R. Beistline, U.S. District Court Judge |
| Date of Original Sentence: | January 7, 2002 |
| Date of Revocation Sentence: | August 15, 2006 |
| Original Offense: | Manufacturing a Controlled Substance |
| Revocation Offense: | Violations of Supervised Release |
| Original Sentence: | 37 months imprisonment, three years supervised release, $1,000 fine |
| Revocation Sentence: | Six months imprisonment, one year supervised release |
| Date Supervision Commenced from Original Sentence: | July 22, 2004 |
| Date Supervision Commenced from Revocation Sentence: | October 18, 2006 |

Asst. U.S. Attorney: Stephen Cooper                     Defense Attorney: M.J. Haden

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

Violation Number     Nature of Noncompliance

1     The defendant has violated the Special Condition of Supervision "The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug test thereafter, not to exceed 12 tests per month, at the direction of the probation officer," in that on or about October 30, 2006, at or near Fairbanks, Alaska, the defendant failed to submit a urinalysis as directed. The defendant failed to comply with drug testing as directed.    This violation is a Grade C violation.

Petition for Warrant or Summons
Michael B. Buzby
4:01-CR-00022-RRB

2   The defendant has violated the Special Condition of Supervision "The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug test thereafter, not to exceed 12 tests per month, at the direction of the probation officer," in that on or about November 15th and 20th, 2006, at or near Fairbanks, Alaska, the defendant failed to report to the submit a urinalysis as directed. The defendant failed to comply with drug testing as directed. This violation is a Grade C violation.

3   The defendant has violated the Special Condition of Supervision "The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug test thereafter, not to exceed 12 tests per month, at the direction of the probation officer," in that on or about December 1st, 11th, and 13th, the defendant failed to report and submit a urinalysis as directed. The defendant failed to comply with drug testing as directed. This violation is a Grade C violation.

U.S. Probation Officer Recommendation:

The term of supervised release should be:

[X]   Revoked
[ ]   Extended for _____ year(s), for a total term of _____ years.

[ ]   The conditions of supervised release should be modified as follows:

Respectfully submitted,

REDACTED SIGNATURE

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: December 19, 2006

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

*Petition for Warrant or Summons*
*Michael B. Buzby*
*4:01-CR-00022-RRB*

THE COURT ORDERS

[X] *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]  The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]  Other:

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge

December 20, 2006
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.

-3-

# United States District Court
for the
# DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number: 4:01-CR-00022 (RRB) |
| vs. ) | DECLARATION IN SUPPORT OF PETITION |
| Michael B. Buzby ) | |

I, Toni M. Ostanik, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Michael B. Buzby, and in that capacity declare as follows:

On August 15, 2006, the defendant's current term of supervised release was revoked for violations, and the court imposed six months imprisonment to be followed by a one-year term of supervised release.

On October 18, 2006, the defendant was released to a new term of supervised release. On October 19, 2006, the defendant was advised of amended judgment, his original judgment and conditions imposed by the Court. The defendant was placed on urinalysis monitoring effective October 23, 2006. On October 25, 2006, the defendant reported and submitted a urinalysis as directed.

The defendant has failed to comply with drug testing on the following dates: October 30, November 15, November 20, December 1, December 11 and December 13, 2006.

Executed this 19th day of December, 2006, at Fairbanks, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED SIGNATURE**


Toni M. Ostanik
U.S. Probation Officer