MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __MICHAEL B. BUZBY__   CASE NO. _4:01-CR-00022-RRB-TWH_
Defendant:_X_Present   _X_In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE: _____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER: _____CATHRINE CONKLIN_____

UNITED STATES' ATTORNEY: _____STEPHEN COOPER_____

DEFENDANT'S ATTORNEY: _____MJ HADEN_____

U.S.P.O.: _____TONI OSTANIK_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION FOR OFFENDER UNDER
SUPERVISED RELEASE                    Held: January 19, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:08 a.m. court convened.

X_Defendant sworn.

X_Copy of Petition given to defendant. X_Waived reading.

X_Defendant advised of violation allegations.

X_Defendant advised of general rights. X_Waived full advisement.

X_Federal Public Defender re-appointed. MJ Haden to represent the defendant.

X_Defendant **ADMITTED** allegations _1-3 of the Petition For Warrant or Summons for Offender Under Supervised Release._

X_Defendant detained.

X_Order of Detention Pending Trial **FILED**.

X_Final Disposition hearing set for January 25, 2007 at 11:00 a.m. before Judge Beistline in Fairbanks Courtroom 1.

At 10:17 a.m. court adjourned.


DATE: January 19, 2006____   DEPUTY CLERK'S INITIALS:__cxc____