MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. MICHAEL BUZBY           CASE NO. 4:01-cr-00022-RRB
Defendant: X Present X In Custody    __On Summons    __On Bond

BEFORE THE HONORABLE: RALPH R BEISTLINE

DEPUTY CLERK/RECORDER:    TINA J GROTHAUSE

UNITED STATES' ATTORNEY: STEPHEN COOPER

DEFENDANT'S ATTORNEY:   M.J.HADEN

U.S.P.O.:   MARCI LUNDGREN

PROCEEDINGS: DISPOSITION HEARING    Held: 1/25/2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:07 a.m. court convened.


 X FINAL DISPOSITION HEARING:

   __Probation/Supervised Release continued.

    X Probation/Supervised Release revoked.

 X   Sentence imposed as stated in the judgment.

 X OTHER: Court makes the recommendation of FCI Sheridan.




At 11:11 a.m. court adjourned.




DATE:   1/25/2007              DEPUTY CLERK'S INITIALS: tjg